# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | * | Case No. 18-50882 | |
| Kevin Nourse | | | |
| | * | Ch. 13 | |
| Amy Nourse | | | |
| Debtor(s) | * | Judge: PRESTON | |

**OBJECTION TO CLAIM 8 OF NATIONSTAR MORTGAGE LLC DBA MR. COOPER**

Now come the debtors, by and through counsel, to object to the following Claim:

**Name of Claimant:**   NATIONSTAR MORTGAGE LLC DBA MR. COOPER ("Creditor")

**Date Filed:**   March 27, 2018

**Claim #:**   **8**

**Amount of Claim**:   $205, 936.80 with $2,774.98 in mortgage arrears

**Alleged Basis of Claim:**   secured by the debtors' residence

**Grounds for Objection to Claim #8:** the debtors were current on payments as of the date of the petition for relief and submit that the projected escrow deficiency did not exist as of the petition date.

**Request for relief or treatment of the claim:** disallowed as filed and allowed for $205,415.81 with no arrears.

WHEREFORE, the debtor respectfully requests that the Court enter an order sustaining the debtor's objection.

    Respectfully submitted,

    /s/ Michael A. Cox
    Michael A. Cox (0075218)
    Guerrieri Cox & Associates
    2500 N. High Street, Suite 100
    Columbus, Ohio  43202
    614.267.2871
    Fax to: 614.267.2871
    coxecf@columbusdebtrelief.com
    Attorney for Debtor(s)

## NOTICE OF OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

The above named debtor, by and through counsel, has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before thirty (30) days after the date this notice was sent (set forth below) you or your lawyer must file a response with the U.S. Bankruptcy Court and serve the response upon counsel for the Debtors (address set forth below). Any response shall state clearly in its caption the objection to which it is responding.

The address for the Court is:   U.S. Bankruptcy Court
170 N. High Street
Columbus, Ohio 43215-2403

**If you fail to timely respond to the Objection to your claim, then the Court may decide that you do not oppose the objection to your claim.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Objection and Notice of Objection was served upon the Trustee and U.S. Trustee electronically and by ordinary mail upon the debtor(s) and the following parties in interest on Wednesday, May 02, 2018:

All ECF participants registered in this case were served electronically on the date of filing through the court's ECF System at the email address registered with the court.

And, the following Parties in Interest were served via U.S. Mail:

Kevin Nourse
Amy Nourse
350 Vista Ridge Dr.
Delaware, OH 43015

**NATIONSTAR MORTGAGE LLC DBA MR. COOPER**
Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261-9741

*/s/* Michael A. Cox
Michael A. Cox (0075218)