B18-21974 RJL\sbt 05/09/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| KEVIN SCOTT NOURSE ) | |
| AMY ELIZABETH NOURSE ) | CASE NO. 18-50882 |
| *fka* AMY ELIZABETH BUTTON ) | |
| Debtors ) | JUDGE C. KATHRYN PRESTON |

**RESPONSE OF TO DEBTORS' OBJECTION TO CLAIM 8 OF
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER (Re:  Docket #26)**

Now comes NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, hereinafter referred to as "NATIONSTAR", by and through its attorney, and files the within designated Response in opposition to the Debtors' Objection to Claim 8 of NATIONSTAR [Docket #28, filed May 2, 2018] requests a hearing with respect to same.

NATIONSTAR represents that Proof of Claim #8, as filed March 27, 2018, fully and accurately represents the arrearage claim that existed at the time of the filing of the Chapter 13 bankruptcy.  The within Chapter 13 bankruptcy was filed on February 21, 2018, and the loan was due for the February 1, 2018 payment, plus an escrow shortage.

NATIONSTAR requests that the Objection be denied and that the Proof of Claim stand as a fully secured claim to be paid through the Chapter 13 Plan.

Respectfully submitted,

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
30455 Solon Road
Solon, Ohio 44139
440-600-5500
Fax 440-600-5521
rlacivita@reimerlaw.com
Attorneys for NATIONSTAR

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Response of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER to Objection to Claim was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants register in this case at the email address registered with the court and (ii) **by ordinary U.S. Mail** on May 14, 2018 addressed to:

1. Kevin Scott Nourse
   Amy Elizabeth Nourse, Debtors
   350 Vista Ridge Dr.
   Delaware, OH 43015

2. Delaware County Treasurer
   Delaware County Treasurer's Office
   140 North Sandusky Street
   Delaware, Ohio 43015

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
30455 Solon Road
Solon, Ohio 44139
440-600-5500
Fax 440-600-5521
rlacivita@reimerlaw.com
Attorneys for NATIONSTAR